**FILED**

FEB 25 2020

Clerk, U.S District Court
District Of Montana
Butte

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEREMY JOHN BRAULICK, | CV-17-122-GF-JTJ |
| Plaintiff, | ORDER |
| vs. | |
| NURSE DIDIER, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 25th day of February, 2020.

Honorable John Johnston
United States Magistrate Judge